IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | | |
|---|---|---|
| MICHELE S., | * | |
| Plaintiff, | * | |
| v. | * | CIVIL ACTION NO. GLR-18-3805 |
| NATIONAL SECURITY AGENCY, | * | |
| Defendant. | * | |

*****

## **ORDER**

Pending before the Court is Plaintiff Michele S.'s Complaint (ECF No. 1). For the reasons that follow, the Court will dismiss it.

In its December 17, 2018 Order, the Court granted Plaintiff Michele S. twenty-one days to supplement her Complaint, either by providing her full name or by explaining why the Court should allow her to proceed pseudonymously. (Dec. 17, 2018 Order, ECF No. 2). The Court also directed Michele S. to submit a civil cover sheet and summons, and to either pay the $400.00 filing fee or submit a motion and affidavit seeking leave to proceed in forma pauperis. (Id.). The Court warned Michele S. that failure to comply with the Court's Order could result in the dismissal of her Complaint without prejudice and without further notice. (Id.). Twenty-one days have passed, and Michele S. has failed to comply with the Court's Order.

Accordingly, it is this 14th day of January 2019, by the United States District Court for the District of Maryland, hereby ordered that:

1. The Complaint (ECF No. 1) is DISMISSED without prejudice;

2. The Clerk shall CLOSE this case; and

3. The Clerk shall MAIL a copy of this Order to Michele S. at her address of record.

_____/s/_____
George L. Russell, III
United States District Judge